**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| | ) | Case No. 09-12418 |
| UTGR, INC., d/b/a | ) | |
| TWIN RIVER | ) | |
| | ) | |
| Reorganized Debtor | ) ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-12419 |
| BLB MANAGEMENT SERVICES, INC., n/k/a | ) | |
| TWIN RIVER MANAGEMENT GROUP, INC., | ) | |
| | ) | |
| Reorganized Debtor | ) ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-12420 |
| BLB WORLDWIDE HOLDINGS, INC., n/k/a | ) | |
| TWIN RIVER WORLDWIDE HOLDINGS, INC., | ) | |
| | ) | |
| Reorganized Debtor | ) ) | |

**AMENDED ORDER ON**
**MOTION FOR ENTRY OF ORDER CLOSING CERTAIN CASES [#984]**

No objections having been filed, and good cause having been stated, the Motion for Entry of Order Closing Certain Cases [#984] is hereby ALLOWED, and the Order [#989] is AMENDED, as follows:

1. The Clerk of Court is directed to close the following chapter 11 cases:

    - UTGR, Inc., d/b/a Twin River, Case No. 09-12418
    - BLB Management Services, Inc., n/k/a Twin River Management Group, Inc., Case No. 09-12419

2. The following chapter 11 case shall remain open until further order of the court:

- BLB Worldwide Holdings, Inc., n/k/a Twin River Worldwide holdings, Inc., Case No. 09-12420

3. The Clerk of Court is further directed to associate and link Adversary Proceeding No. 15-01003 to Case No. 09-12420.

4. The Order Directing Joint Administration of the Debtors' Related Chapter 11 Cases, dated June 23, 2009, is hereby vacated and, as of the date of this Order, the above-captioned chapter 11 cases shall no longer be jointly administered.  All further pleadings and other papers with respect to BLB Worldwide Holdings, Inc., n/k/a Twin River Worldwide Holdings, Inc. shall be filed in, and all further docket entries shall be made in Case No. 09-12420.

5. Entry of this Order closing these cases is without prejudice to the rights of the debtors or any other party in interest to seek to reopen these cases for good cause shown pursuant to section 350 of the Bankruptcy Code.

6. Neither the entry of this Order nor the closing of the two chapter 11 cases shall prejudice or otherwise impact the rights, claims, and defenses of any party to Adversary Proceeding No. 15-01003.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Date:  June 9, 2015

_____
Frank J. Bailey
United States Bankruptcy Judge